# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140591 & (53)

MARGARET MOSSING,
        Plaintiff/Counter-Defendant-
        Appellant,Cross-Appellee,

v

DEMLOW PRODUCTS, INC.,
        Defendant/Counter-Plaintiff-
        Appellee, Cross-Appellant,
and

JAMES DEMLOW,
        Defendant-Appellee,
        Cross-Appellant.

SC: 140591
COA: 287643
Lenawee CC: 07-002620-CK

_____/

      On order of the Court, the application for leave to appeal the January 7, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

0517

Clerk